IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JOHN DEVLIN, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. 24-1060-RGA-SRF |
| | : | |
| THE TOWN OF FENWICK ISLAND, et al., | : | |
| | : | |
| Defendants. | : | |

**ORDER**

This **11th** day of September, 2025, upon consideration of the Magistrate Judge's Report and Recommendation dated August 26, 2025 (D.I. 30), and no objections to the Report and Recommendation having been received, and the Court having reviewed the matter and finding that the Magistrate Judge's Report and Recommendation is legally and factually correct, IT IS HEREBY ORDERED:

1. The Report and Recommendation (D.I. 30) is **ADOPTED**.

2. Plaintiffs' motion for remand (D.I. 6) is **DENIED**.

3. Defendants' motion to dismiss (D.I. 3) is GRANTED IN PART and DENIED IN PART as follows:

    a. Counts I, II, and III are GRANTED without prejudice as to the state law causes of action against the Individual Defendants.

    b. Counts IV is GRANTED without prejudice as it applies to the Individual Defendants.

    c. Counts IV and V are GRANTED without prejudice as they apply to the Town.

   d. Plaintiff's DWPCA claim against the Town at Count III are SEVERED and REMANDED to the Delaware Superior Court in Kent County.

   e. The motion to dismiss is DENIED in all other respects.

              /s/ Richard G. Andrews
              United States District Judge